UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARESHMAA KAUR JAGROOP,<br><br>Defendant. | CASE NO. MJ23-261<br>(Dist. Montana CR 22-109-GF-BMM)<br><br>DETENTION ORDER |

OFFENSES CHARGED

Count 1 – Conspiracy to Possess Cocaine with Intent to Distribute, five kilograms or more

Count 2 - Possession of cocaine with intent to distribute, five kilograms or more.

Date of Detention Hearing:    05/30/23

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community and defendant's appearances as required in this case.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has no known ties to this district or to the charging district (Montana). The Pretrial Services report indicates she is a resident of Canada and possesses a Canadian passport.

(2) Because each of the offenses charge is a drug offense carrying a maximum penalty in excess of ten years, there is a rebuttable presumption of detention, both for dangerousness and for risk of flight. (In the motion for detention, the United States has alleged only flight risk). Defendant has attempted to rebut the presumption by alleging that she has no prior criminal record, and worked as a nurse for many years before becoming employed as a long-haul truck driver. But these allegations do not sufficiently rebut the presumption.

(3) This Detention Order is entered without prejudice to any application by defendant to reopen the hearing when she appears before the court in the charging district, Montana.

It is therefore ORDERED:

1, Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER
PAGE -2

3, On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 30th day of May, 2023.

_____
John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3